UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| IRVIN LAVON REDUS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15 CV 169 JMB |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is a request by Plaintiff for an extension of time to file a brief in support of his complaint, which this Court will construe as a motion for additional time. (ECF No. 15) In the motion, Plaintiff requests thirty (30) additional days in which to file a brief in support of his complaint. Plaintiff's original deadline for filing a brief was December 31, 2015.

The Court will deny Plaintiff's motion as moot, because the Court has already granted Plaintiff an additional sixty (60) days in which to file his brief. (See ECF No. 14) Because the Court has already granted Plaintiff sixty (60) days to file his brief, his request for thirty (30) days is not necessary. The Court recognizes that Plaintiff is now proceeding *pro se*, and will therefore give Plaintiff until March 7, 2016 to file his brief.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's request for a thirty (30) day extension in which to file a brief in support of his complaint is denied, because the Court has already granted Plaintiff an additional sixty (60) days in which to file his brief.

/s/ ***John M. Bodenhausen***
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of January, 2016.